JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Steven Penny

**DEFENDANTS**
Cottingham Retirement Community and Rochelle Watson

**(b)** County of Residence of First Listed Plaintiff: Hamilton
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Hamilton
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Rose Ann Fleming 3836 Ledgewood Dr. Ste. 1
Cincinnati, OH 45207 513-745-3648

Attorneys *(If Known)*
Salsbury & Salsbury, LPA 4611 Hudson Dr. Ste. 400
Hudson, OH 44236 330-655-5760 Kristina Leach

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | | | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | [ ] 362 Personal Injury - Medical Malpractice | | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| | | | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [x] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title VII of the Civil Rights Act as Amended
Brief description of cause:
Employment DIscrimination Based on Race

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: August 31, 2021
SIGNATURE OF ATTORNEY OF RECORD: *Kristina Leach*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# SUPPLEMENTAL CIVIL COVER SHEET
# FOR CASES REMOVED FROM STATE COURT

*This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Court*

State Court County: Hamilton

Case number and caption:

| A 2004247 | Steven Penny | vs | Cottingham Retirement C |
|---|---|---|---|
| Case Number | Plainfiff(s) | | Defendant(s) |

Jury Demand Made in State Court: ☒ Yes ☐ No

If "Yes," by which party and on what Date:

| Defendant | 12/29/2020 |
|---|---|
| Party | Date |

| | | |
|---|---|---|
| Were there parties not served prior to removal? | ☐ Yes | ☒ No |
| Were there parties dismissed/terminated prior to removal? | ☐ Yes | ☒ No |
| Were there answers filed in State Court? | ☒ Yes | ☐ No |
| Is there a pending TRO in State Court? | ☐ Yes | ☒ No |

*If you have answered "yes" to any of the above please list parties not served, the parties dismissed/terminated and the parties that filed their answers on the reverse of this page.*

*On the reverse of this page please list all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address and phone number, including area code.*

Are copies of all state case pleadings attached to your removal? ☒ Yes ☐ No

If your answer is "No", when will they be filed:

List the parties that are removing the case:
Cottingham Retirement Community
Rochelle Watson

| Parties Not Served | Parties Dismissed | Answers Filed |
|---|---|---|
| *I.E. Defendant John Doe* | *I.E. Defendant John Doe* | *I.E. Defendant John Doe* <br><br> Defendants Cottingham Retirement Community and Rochelle Watson |

| Party and Type | Attorney(s) |
|---|---|
| *I.E.   Plaintiff John Doe* <br><br> Plaintiff: Steven Penny <br> Defedant 1: Cottingham Retirement Commuity <br> Defendant 2: Rochelle Watson | *I.E.   Attorney(s) Name* <br> *Firm* <br> *Address* <br> *City, State, Zip* <br> *Telephone and Fax Number* <br> *Supreme Court Number* <br><br> Plaintiff Attorney: Rose Ann Fleming <br> 3836 Ledgewood Dr. <br> Cincinnati Ohio 452007 <br> 513-745-3648 Phone <br> 513-745-4282 Fax <br> Bar Number: 0041337 <br><br> Attorney for both Defendants: Kristina Leach <br> Salsbury & Salsbury, LPA <br> 5611 Hudson Dr. Suite 400 <br> Hudson, Ohio 44236 <br> 330-655-5760 Phone <br> 330-655-0526 Fax <br> Bar Number 0099425 |

USE A SEPARATE SHEET OF PAPER IF NECESSARY

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF OHIO WESTERN DIVISION

| | |
|---|---|
| STEVEN PENNY, | ) |
| | ) CASE NO. 1:21-cv-562 |
| Plaintiff, | ) |
| | ) JUDGE |
| v. | ) |
| | ) |
| COTTINGHAM RETIREMENT | ) |
| COMMUNITY AND ROCHELLE | ) |
| WATSON | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

Defendants Cottingham Retirement Community and Rochelle Watson hereby remove to this Court the state action described below.

I. On December 5, 2020, a civil action was commenced in the Hamilton County Common Pleas Court captioned Steven Penny v. Cottingham Retirement Community and Rochelle Watson and was assigned case number A 2004247. **Exhibit A**

II. Both named Defendants were served on December 14, 2020. **Exhibit B**

III. The Answer of both named Defendants was filed on December 29, 2020. **Exhibit C**

IV. On August 11, 2021, Plaintiff filed a Motion for Leave to file a first amended Complaint, *instanter*, with the amended Complaint attached. **Exhibit I**

V. On August 19, 2021 the Court granted Plaintiff's Motion for Leave to file a first amended Complaint, *instanter*. **Exhibit J**. This notice is timely.

VI. This is a civil action within the original jurisdiction of this Court under 28 U.S.C. §1331, and is one which may be removed to the Court by Defendants pursuant to the provisions of 28 U.S.C. §1441(c) because Plaintiff alleges violation of Title VII of the Civil Rights Act of 1964

as amended, 42 US.C. §2000(e) *et seq.* and the Americans with Disabilities Act, 42 U.S.C. §12101 *et seq..*

VII. Pursuant to the provisions of 28 U.S.C. § 1367(a), this Court has supplemental jurisdiction over Plaintiff's state law claims, alleging unsafe work conditions in violation of Ohio Constitution Article II Sections 33-35 and wrongful termination in violation of Ohio case law, because these state law claims are so related to the claims in the action within this Court's original jurisdiction that they form part of the same case or controversy.

WHEREFORE, Defendants Cottingham Retirement Community and Rochelle Watson pray that this action be removed to the United States District Court for the Southern District of Ohio, Western Division.

Respectfully submitted,

*/s/Kristina Leach*
KRISTINA LEACH (0099425)
SALSBURY & SALSBURY
5611 Hudson Dr. Suite 400
Hudson, Ohio 44236
Phone: 330-655-5760
Fax: 330-655-0526
kleach@salsburylaw.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

On August 31, 2021, the foregoing Notice of Removal was filed through the Court's electronic filing system and the Hamilton County Court of Common Pleas electronic filing system, and a copy was sent to Plaintiff's counsel via electronic mail to fleming@xavier.edu

*/s/ Kristina Leach*
KRISTINA LEACH (0099425)